UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TIMOTHY D. SLONE,** *pro se*,

    **Plaintiff,**

v.                                              CASE NO:  8:11-CV-2737-T-30TGW

**COMMISSION OF SOCIAL SECURITY,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order to Show Cause (Dkt. #12) was entered on April 17, 2012, which required Plaintiff to show cause, in writing, why this action should not be dismissed for his failure to pay the required filing fee. No response has been filed by Plaintiff. Accordingly, it is

ORDERED AND ADJUDGED that:

1. This case is DISMISSED without prejudice for Plaintiff's failure to pay the required filing fee.

2. The Clerk is directed to terminate any pending motions and close this file.

**DONE** and **ORDERED** in Tampa, Florida on May 8, 2012.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

*S:\Odd\2011\11-cv-2737.dismissal.wpd*